FILED
CLERK, U.S. DISTRICT COURT
9/26/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTH CARE PHARMACEUTICALS INC., et al.,<br><br>    Defendants. | NO. ED CV 18-02631 FMO (SHKx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **60 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 26th day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge